# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **JOSHUA J. VANBUREN** | **CIVIL ACTION NO. 3:17-1680** |
| **VERSUS** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **DISTRICT ATTORNEY, OUACHITA PARISH, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## RULING

Pending before the Court is a civil rights Complaint filed by Plaintiff Joshua J. VanBuren. Plaintiff is awaiting trial on state criminal charges and brought suit against the District Attorney's Office, Josephine P. Heller, Nick Anderson, Doug Walker, Daniel J. Hunter, and Shirley Wilson Davis.

On April 18, 2018, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 21] recommending that this Court dismiss Plaintiff's claims against the District Attorney's Office for failure to state a claim because it is not "person" under 42 U.S.C. § 1983. She further recommended that the Court dismiss the claims against the individuals, all of whom are assistant district attorneys, for failure to state a claim because they are entitled to prosecutorial immunity. Magistrate Judge Hayes also denied Plaintiff's motion to serve defendants as moot.

On April 19, 2018, the Clerk of Court received Plaintiff's motion for extension of time to serve Defendants. The Court issued an order the following day [Doc. No. 20], denying the motion and explaining:

> On the same day Plaintiff prepared this motion, Magistrate Judge Hayes issued a Report and Recommendation [Doc. No. 21] recommending the dismissal of his

Complaint. Plaintiff has until May 2, 2018, to file his objections to the Report and Recommendation by placing them in the prison mailing system.

On April 26, 2018, the Clerk of Court received Plaintiff's voluntary motion to dismiss all Defendants except Nick Anderson along with an amended complaint [Doc. No. 25] and a separate objection [Doc. No. 24] to the Report and Recommendation. Under Rule 15(a), Plaintiff may amend his Complaint once as a matter of right, so his Amended Complaint is filed in the record, and all Defendants except Mr. Anderson will be dismissed without prejudice.

However, the Court agrees with and adopts the Report and Recommendation with regard to the claims against Mr. Anderson. As he is entitled to prosecutorial immunity, the claims in the Amended Complaint will be dismissed with prejudice.

MONROE, LOUISIANA, this 30th day of April, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**