# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **JOSHUA J. VANBUREN** | **CIVIL ACTION NO. 3:17-1680** |
| **VERSUS** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **DISTRICT ATTORNEY, OUACHITA PARISH, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons set forth in this Court's Ruling and for those additional reasons set forth in the Report and Recommendation of the Magistrate Judge, to the extent adopted after a *de novo* review of the record,

IT IS ORDERED that Plaintiff's Amended Complaint is filed in the record

IT IS FURTHER ORDERED that Plaintiff's voluntary motion to dismiss is GRANTED, and his claims against Defendants "District Attorney Office Ouachita Parish," Josephine P. Heller, Doug Walker, Daniel J. Hunter, and Shirley Wilson Davis are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims

against the sole remaining Defendant, Nick Anderson, are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 30th day of April, 2018.

                                                  **TERRY A. DOUGHTY**
                                                  **UNITED STATES DISTRICT JUDGE**